644

452 A.2d 1109

Solt, Appellant v. Solt.

Submitted May 3, 1982. Jack I. Kaufman, for appellant; Jeffrey P. Solt, appellee, in propria persona.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.

452 A.2d 1110

Winters, Appellant v. Harvey.

Argued January 18, 1982. Robert J. Sarno, for appellant; Gailey C. Keller, for appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.